85 F.3d 465
 The BLACKFEET TRIBE OF the BLACKFEET INDIAN RESERVATION,
Plaintiff-Appellant,
v.
Janet JESSUP, Administrator of the Gaming Control Division;
Marc Racicot, Governor of the State of Montana; Andy Poole,
Deputy Director of the Department of Commerce; Judy
Browning, Chief of Staff for Policy and Legal Affairs; and
the State of Montana, Defendants-Appellees.
 No. 94-35079.
 United States Court of Appeals,
Ninth Circuit.
 June 7, 1996.
 
 1
 N. Jean Bearcrane, Blackfeet Legal Department, Browning, Montana, and Jeanne S. Whiteing, Whiteing & Thompson, Boulder, Colorado, for plaintiff-appellant.
 
 
 2
 Joseph P. Mazurek, Attorney General, and Deanne L. Sandholm, Assistant Attorney General, Helena, Montana, for defendants-appellees.
 
 
 3
 On Remand from the United States Supreme Court, 116 S.Ct. 1410. D.C. No. CV-93-00031-PGH.
 
 
 4
 Before: BEEZER and FERNANDEZ, Circuit Judges, and ORRICK, Senior District Judge.*
 
 
 5
 The judgment of this court, 39 F.3d 1186 (Table), is vacated. For the reasons stated by the Supreme Court in Seminole Tribe of Florida v. Florida, --- U.S. ----, 116 S.Ct. 1114, 134 L.Ed.2d 252 (1996), we affirm the judgment of the district court.
 
 
 6
 AFFIRMED.
 
 
 
 *
 The Honorable William H. Orrick, Senior United States District Judge for the Northern District of California, sitting by designation